IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC HIMPTON HOLDER, JR. )<br>In his Official Capacity as Attorney General )<br>Of the United States, )<br>United States Department of Justice )<br>)<br>Defendant. )<br>_____) | No. 1:09cv1395 (AJT/IDD) |

## ORDER

Upon consideration of Defendant's Motion for Judgment on the Pleadings as to the Plaintiff's Hostile Work Environment Claim (Doc. No. 20), the memoranda in support thereof and opposition thereto, it is hereby

ORDERED that Defendant's Motion for Judgment on the Pleadings as to the Plaintiff's Hostile Work Environment Claim (Doc. No. 20) be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 26, 2010